IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

LAWRENCE HENRY HUNT,

     Appellant,

v.                                  Case No.  5D21-784
                                       LT Case No. 2020-CF-000088-A

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed April 8, 2022

Appeal from the Circuit Court
for Citrus County,
Richard A. Howard, Judge.

Matthew J. Metz, Public Defender, and
Ali L. Hansen, Assistant Public Defender,
Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Carmen F. Corrente, Assistant Attorney
General, Daytona Beach, for Appellee.

WOZNIAK, J.

     In this Anders[1] appeal, we affirm Appellant's judgment and sentence.

---

[1] Anders v. California, 386 U.S. 738 (1967).

However, we remand for entry of an amended order of probation to conform with the orally pronounced sentence imposing lifetime sex offender probation solely on Counts III and IV.  See, e.g., Roberts v. State, 252 So. 3d 424, 424 (Fla. 5th DCA 2018) (affirming Anders appeal but remanding for correction of scrivener's error).

AFFIRMED and REMANDED with instructions.

WALLIS and TRAVER, JJ., concur.